**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUCINDA SIMPSON,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**COUNTY OF CONTRA COSTA** *et al.***,**<br><br>    Defendant(s). | Case No.: 12-CV-05303 YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

On January 2, 2013, Defendant(s) filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 12).

On January 16, 2013, Plaintiff filed an amended complaint (Dkt. No. 13) pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). In light of the filing of the amended complaint, the Motion to Dismiss is **DENIED AS MOOT**. The hearing set for February 19, 2013, is **VACATED**.

This Order Terminates Docket Number 12.

**IT IS SO ORDERED.**

Date: January 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**