NANCY E. PRITIKIN, Bar No. 102392
nepritikin@littler.com
JOHN C. FISH, Jr., Bar No. 160620
jfish@littler.com
LISA K. HORGAN, Bar No. 267632
lhorgan@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendants
COUNTY OF CONTRA COSTA, MARK
PETERSON, AND TED CWIEK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LUCINDA SIMPSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CONTRA COSTA, MARK PETERSON, TED CWIEK,<br><br>　　　　　　Defendants. | Case No. 3:12-cv-05303-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE ADR DEADLINE**<br><br>Judge:  Hon. William H. Orrick<br>Dept:   Courtroom 2, 17th Floor<br><br>Trial Date: August 25, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP AND ORDER TO CONTINUE ADR DEADLINE

Case No. 3:12-cv-05303-WHO

**STIPULATION**

Defendants COUNTY OF CONTRA COSTA, MARK PETERSON, and TED CWIEK (collectively "Defendants") and Plaintiff Lucinda Simpson ("Plaintiff")(collectively the "Parties") hereby stipulate and request as follows:

1. Pursuant to the Court's September 23, 2013 Order Adopting the Parties' Stipulation to Mediation (the "Order"), the Parties agreed to conduct a mediation in this matter through the Court's Alternative Dispute Resolution Program ("ADR Program").

2. Mr. John Koeppel has been assigned as the mediator in this matter. The Parties participated in an initial telephone conference with Mr. Koeppel on November 6, 2013 to discuss mediation scheduling. After discussing the pre-mediation discovery to be completed, in conjunction with the Parties' and the mediator's schedules as well as the upcoming holiday season, the Parties and the mediator agreed to mediation on January 8, 2014.

3. Pursuant to the Order, the ADR Deadline in this matter is currently December 23, 2013. The Parties therefore have stipulated and agreed to request a continuance of the ADR Deadline to January 23, 2014.

4. No previous requests to extend the ADR Deadline have been submitted. The change will not affect any other deadlines on the Court's calendar.

**IT IS SO STIPULATED.**

//
//
//
//
//
//
//
//
//
//

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP AND ORDER TO CONTINUE ADR DEADLINE

Case No. 3:12-cv-05303-WHO

I, the filer of this document attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 11, 2013

/s/ Lisa K. Horgan
NANCY E. PRITIKIN
JOHN C. FISH, JR.
LISA K. HORGAN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
COUNTY OF CONTRA COSTA, MARK PETERSON and TED CWIEK

Dated: November 11, 2013

/s/ Amy L. Sekany
CHRISTOPHER E. PLATTEN
AMY L. SEKANY
WYLIE, MCBRIDE, PLATTEN & RENNER
Attorneys for Plaintiff
LUCINDA SIMPSON

## **ORDER**

Pursuant to the foregoing Stipulation and good cause appearing, the Court hereby continues the ADR Deadline in this matter to January 23, 2014.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 12, 2013

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Firmwide:124104195.1 075478.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP AND ORDER TO CONTINUE ADR DEADLINE    2.    Case No. 3:12-cv-05303-WHO