UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA SIMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No. 12-cv-05303-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM MAY 13, 2014 UNTIL JUNE 10, 2014**<br><br>Re: Dkt. No. 37 |

The parties have advised the Court that they have reached a settlement subject to negotiation of a final settlement agreement and approval by the Board of Supervisors. Dkt. No. 37. The parties request that the Court remove the Case Management Conference scheduled for May 13, 2014. The parties' request is GRANTED and the case management conference presently scheduled for May 13, 2014 is VACATED.

A further case management conference is set for **June 10, 2014**. The parties shall advise the Court once they have finalized their settlement agreement and know the timetable for approval by the Board of Supervisors. At that time, I will vacate the June 10, 2014 case management conference. Until that time, the trial date and all associated dates remain on calendar.

**IT IS SO ORDERED**.

Dated: May 8, 2014

WILLIAM H. ORRICK
United States District Judge